# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD | BASKING RIDGE OFFICE |
| *pjcerillolaw@comcast.net* | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| *Qualified Family Mediator per R. 1:40 | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |
| | VOICE: (908) 284-0997 | |
| | FAX: (908) 284-0915 | **REPLY TO:** |
| | | FLEMINGTON OFFICE |

January 5, 2016

**VIA ELECTRONIC FILING**
The Honorable Michael A. Hammer, M.J.
Courtroom MLK 2C
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Malibu Media v. Riten Pandya
Case No: 2:15-cv-03938-MCA-MAH

Dear Judge Hammer:

    With regard to the above referenced matter, the complaint was filed on June 11, 2015. We have not had an initial conference on this case and I am requesting that the court schedule both counsel to appear for an initial conference at Your Honor's courtroom at your convenience in the near future.

    Thank you for your assistance in this matter.

Very truly yours,
*/s/ Patrick J. Cerillo*

Patrick J. Cerillo

PJC: cpf
cc: Malibu Media
    Leslie A. Farber, Esq.

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.