# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD | BASKING RIDGE OFFICE |
| _pjcerillolaw@comcast.net_ | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| *Qualified Family Mediator per R. 1:40 | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |
| | VOICE: (908) 284-0997 | |
| | FAX: (908) 284-0915 | **REPLY TO:** |
| | | FLEMINGTON OFFICE |

June 13, 2016

**VIA ELECTRONIC FILING**
The Honorable Michael A. Hammer, M.J.
Courtroom MLK 2C
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Malibu Media v. Riten Pandya
Case No: 2:15-cv-03938-MCA-MAH

Dear Judge Hammer:

     Please accept this letter on behalf of both plaintiff and defendant, whereby the parties have agreed to extend the deadline for submission of expert reports by 60 days and to extend the deadline for resolving discovery disputes by 60 days.  Based on this letter both parties understand that no motion is required to be filed.

     Thank you for your courtesies.

     Very truly yours,
     _/s/ Patrick J. Cerillo_

     Patrick J. Cerillo

PJC: cpf
cc: Malibu Media
    Leslie A. Farber, Esq.

---

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.